```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
PAMELA WILLIAMS, on behalf of herself and all                  :
others similarly situated,                                     :
                                                               :
                              Plaintiff,                       :      20-CV-4157 (VEC)
              -against-                                        :
                                                               :      ORDER
                                                               :
KINGDOM ANIMALIA, LLC,                                         :
                              Defendant.                       :
              .                                                :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2020

VALERIE CAPRONI, United States District Judge:

      WHEREAS Plaintiff filed this lawsuit on May 31, 2020 (Dkt. 1);

      WHEREAS Plaintiff filed an affidavit reflecting timely service of a summons and the Complaint on Defendant, (Dkt. 6);

      WHEREAS Defendant's time to move against or answer the complaint is stayed until the date of the initial pretrial conference, unless otherwise ordered, (Dkt. 5);

      WHEREAS an initial pretrial conference is scheduled for October 2, 2020 at 10:00 a.m. (Dkt. 5);

      IT IS ORDERED:

1. The initial pretrial conference scheduled for October 2, 2020 at 10:00 a.m. is adjourned to **October 30, 2020 at 10:30 a.m.** Defendant must move against or answer the complaint by **October 26, 2020**.

2. If Defendant fails to move against or answer the complaint by October 26, 2020, Plaintiff must apply for a default judgment against Defendant, consistent with the procedures

described in Attachment A to the undersigned's Individual Practices in Civil Cases by not later than **October 30, 2020**, or the case will be dismissed for failure to prosecute.

**SO ORDERED.**

Date:  September 29, 2020
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**