```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                     :

PAMELA WILLIAMS, on behalf of herself and all : 
others similarly situated,                          :

                            Plaintiff,     :         20-CV-4157 (VEC)

              -against-                             :
                                                    :         ORDER

KINGDOM ANIMALIA, LLC,                  :
                            Defendant.   :
                       .                            :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Plaintiff filed this lawsuit on May 31, 2020 (Dkt. 1);

      WHEREAS Plaintiff filed an affidavit reflecting timely service of a summons and the Complaint on Defendant, (Dkt. 6);

      WHEREAS an initial pretrial conference is scheduled for October 30, 2020 (Dkt. 7);

      WHEREAS the Court ordered Defendant to move against or answer the complaint by October 26, 2020 and indicated that if Defendant failed to do either, Plaintiff must apply for a default judgment against Defendant by October 30, 2020 (Dkt. 7);

      IT IS ORDERED:

1. The initial pretrial conference scheduled for October 30, 2020 at 10:30 a.m. is canceled.

2. Plaintiff must apply for a default judgment against Defendant, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases by not later than **October 30, 2020**, or the case will be dismissed for failure to prosecute.

**SO ORDERED.**

_____

**Date:  October 27, 2020**             **VALERIE CAPRONI**
       **New York, NY**               **United States District Judge**